UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Felix,
    *Plaintiff*,
    v.

Hartford Healthcare,
    *Defendant*.

Docket No. 18-cv-405 (JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required. This case will now be dismissed.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by June 28, 2019.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) without prejudice.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 29th day of May 2019.